■ In the Matter of MEYER KABOT, Petitioner, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [644 NYS2d 620] ■

We find upon review of the record that respondent's determination denying the petitioner succession rights to his father's lease as a remaining family member lacked a basis in substantial evidence. Concur—Milonas, J. P., Rosenberger, Kupferman, Williams and Mazzarelli, JJ.